IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AURELIO MONTANO | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:21-CV-06867 |
| Defendants. | ) | |
| Wexford Health Services, INC. (WHS) | ) | Judge: Nancy MALDONADO |
| Cory Wingerter | ) | |
| Trevor Gregerson | ) | |
| Leslie Wilking | ) | |
| M.Henze, M.D. | ) | |

Motion for Continuance

Now comes the movant who states in support of the above motion, as follows:

1. Attorney Baumgart, pursuant to Local Rule 83.11(h), was appointed to represent the plaintiff in a Civil Rights action (Pursuant to U.S. Coder; title 42 Sec. 1983);

2. On Jan. 17th, 2023, Attorney Baumgart filed a **2nd Amended Complaint** against the defendants in this matter;

3. On Jan. 18th, he sent out summons (with the 2nd Amended Complaint) to all the defendants, via certified mail, attempting service upon them without the expense of having them privately served, and, instead, asking them to waive this formality and accept service informally.

4. They have not yet replied,;

5. Attorney Baumgart expects that they are simply reviewing the 2nd Amended Complaint and will do so within 30 days;

6. After that amount of time, I will take the appropriate action;

**Wherefore**,
I ask that you continue this matter to Feb. 20th (30 days) to allow the defendants to respond to the summonses.

Fran Baumgart, Esq. Attn. for Plaintiff Montano
 105 W. Madison. #1300
 Chicago, IL 60602
 Web site: FBandJlaw.com
  Francis.baumgart@gmail.com