**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Aurelio Montano v.
Wexford Health Sources,
Inc., et al.

Case Number: 1:21-cv-06867

An appearance is hereby filed by the undersigned as attorney for:

Aurelio Montano, Plaintiff

Attorney name (type or print): Samantha Roth

Firm: Benesch, Friedlander, Coplan & Aronoff LLP

Street address: 71 S. Wacker Drive, Suite 1600

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6339608
(See item 3 in instructions)

Telephone Number: (312) 212-4949

Email Address: sroth@beneschlaw.com

Are you acting as lead counsel in this case?   ☐ Yes   ☑ No

Are you a member of the court's general bar?   ☑ Yes   ☐ No

Are you a member of the court's trial bar?   ☐ Yes   ☑ No

Are you appearing *pro hac vice*?   ☐ Yes   ☑ No

If this case reaches trial, will you act as the trial attorney?   ☑ Yes   ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on   1/18/24

Attorney signature:   S/ Samantha Roth

(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023