IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AURELIO MONTANO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WEXFORD HEALTH SOURCES, INC., LESLIE WILKING, and MARLENA HENZE<br><br>　　　　Defendants. | CASE NO. 21-CV-06867<br><br>JUDGE ANDREA R. WOOD |

## JOINT STATUS REPORT

Per the Court's July 31, 2024 (Dkt. 88) and September 20, 2024 (Dkt. 90) orders, Plaintiff Aurelio Montano ("Plaintiff"), by counsel, and Defendants Wexford Health Sources, Inc., Leslie Wilking, and Marlena Henze, by counsel, respectfully inform the court as follows:

**I.　Status of Discovery**

The parties exchanged written discovery and intend to proceed with depositions before the close of fact discovery.

**II.　Magistrate Referral**

The parties do not believe a referral to the magistrate judge for a settlement would be productive at this time. The parties anticipate requesting a referral closer to the end of fact discovery.

**III.　Other Issues**

At this time, the parties do not have any other issues to discuss with the Court at a status hearing.

\*　　\*　　\*

**Dated:** September 30, 2024

| | |
|---|---|
| AURELIO MONTANO, | WEXFORD HEALTH SOURCES, INC., |
| By   _/s/ J. Erik Connolly_<br>      One of His Attorneys | By   _/s/ Bryan R. Findley_<br>      One of Its Attorneys |
| J. Erik Connolly<br>Cristina Almendarez<br>Meghan Golden<br>Olivia Sullivan<br>Samantha Roth<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF<br>71 S Wacker Dr, Suite 1600<br>Chicago, IL 60606<br>(312) 212-4949<br>econnolly@beneschlaw.com<br>calmendarez@benschlaw.com<br>mgolden@beneschlaw.com<br>osullivan@beneschlaw.com<br>sroth@beneschlaw.com | Matthew H. Weller<br>Bryan R. Findley<br>CASSIDY SCHADE LLP<br>222 W. Adams Street Suite 2900<br>Chicago, IL 60606<br>(312) 641-3100<br>mweller@cassiday.com<br>bfindley@cassiday.com |