# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Aurelio Montano

                                                    Plaintiff,

v.                                                                                       Case No.: 1:21–cv–06867
                                                                                               Honorable Andrea R. Wood

Wexford Health Sources, Inc., et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 18, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: By 11/30/2024, the parties shall file a joint status report setting forth: (1) the current status of discovery, including what progress has been made since the previous report, whether the parties are aware of any discovery disputes that will require the Court's involvement, and whether the parties are aware of any reason why they will not be able to complete fact discovery by the 1/1/2025 deadline; (2) whether the parties believe a referral to the magistrate judge for a settlement would be productive; and (3) any other issues the parties desire to discuss with the Court at a status hearing. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.