UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AURELIO MONTANO, | |
| Plaintiff, | |
| v. | Case Number 1:21-cv-06867 |
| WEXFORD HEALTH SOURCES, INC., LESLIE WILKING, and MARLENE HENZE, M.D., | Andrea R. Wood |
| Defendants. | |

**UNOPPOSED FIRST
MOTION FOR EXTENSION OF TIME**

NOW COMES Defendants, WEXFORD HEALTH SOURCES, INC. ("Wexford"), LESLIE WILKING ("Nurse Wilking"), and MARLENE HENZE, M.D. ("Dr. Henze") (collectively the "Defendants") by and through their attorneys, Matthew H. Weller and Bryan R. Findley of CASSIDAY SCHADE LLP, and respectfully move this court for a brief extension of time of two days, to and through Wednesday, June 4, 2025, with which to submit their response to Plaintiff's Third Amended Complaint. [ECF 116.] In support of this Motion, Defendants state as follows:

1. On May 2, 2025, the Court granted Plaintiff leave to file his Third Amended Complaint. [ECF 117.] Plaintiff was directed to file same by no later than May 5, 2025. [*Id.*] Plaintiff filed his Third Amended Complaint the same day as the Court's Order. [ECF 116.]

2. The Court's May 2, 2025, Order also provided a deadline for the Defendants to file their response to the Third Amended Complaint on or before June 2, 2025. [ECF 117.] As of the date of the filing of the instant motion, that deadline has not yet passed.

3. Counsel for Defendants has been preparing the Defendants' response to the Third Amended Complaint but has encountered technological issues that, since approximately May 29,

1

2025, have significantly frustrated and hindered counsel's ability to revise and finalize the Defendants' response in order to discuss same with Defendants.

4. As a result, Defendants need a brief extension of time of two days, to and through Wednesday, June 4, 2025, with which to submit their response to Plaintiff's Third Amended Complaint.

5. On June 2, 2025, undersigned counsel spoke with Plaintiff's counsel, Meghan Golden, who advised that there is no objection to the requested extension.

6. This request is not made for purposes of delay nor will the granting of same affect any other pending deadlines, including the status hearing presently set to occur on June 13, 2025.

WHEREFORE, the Defendants respectfully request the Court grant them their requested extension of to and through June 4, 2025, with which to file their response to Plaintiff's Third Amended Complaint and for all other just and proper relief.

>Respectfully submitted,
>
>WEXFORD HEALTH SOURCES, INC.,
>
>By: /s/ *Bryan R. Findley*

Bryan R. Findley
Bar No. 3444730 (Indiana)
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
bfindley@cassiday.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 2, 2025 I electronically filed the foregoing document with the clerk of the court for Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/ *Bryan R. Findley*