**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Aurelio Montano

Plaintiff,

v.

Case No.: 1:21−cv−06867
Honorable Andrea R. Wood

Wexford Health Sources, Inc., et al.

Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Daniel P. McLaughlin for the purpose of holding proceedings related to: discovery supervision and settlement conference. (lma, )

Dated: October 26, 2026

/s/ Andrea R. Wood

United States District Judge